

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00021-CR

| | | |
|---|---|---|
| RAYMOND LUMSDEN, Appellant | § | On Appeal from the 211th District Court |
| | § | of Denton County (F15-1103-211) |
| V. | § | July 17, 2025 |
| | § | Memorandum Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order denying Appellant Raymond Lumsden's motion. It is ordered that the trial court's order is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr